# IN THE SUPREME COURT OF THE STATE OF NEVADA

DILON A. HESS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 78275



FILED

MAR 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## *ORDER DENYING PETITION*

       This is an original pro se petition for writ of review of pretrial proceedings. Having considered the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, we decline to intervene because petitioner failed to submit an adequate appendix for our review. *See* NRS 34.160; NRAP 21(a)(4). Accordingly, we

       ORDER the petition DENIED.

_____ C.J.
Gibbons

_____ , J.
Pickering

_____ , J.
Hardesty

cc:    Dilon A. Hess
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk